EMILY C. STEVENS, Respondent, *v.* HENRY COOLIDGE et al., Individually and as Copartners under the Firm Name of W. L. STOW & COMPANY, Defendants, and HENRY COOLIDGE et al., Appellants.

*Stevens* v. *Coolidge*, 154 App. Div. 884, affirmed.
(Argued May 15, 1914; decided June 9, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 10, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to establish and foreclose a lien.

*George Gordon Battle* and *Russell H. Landale* for appellants.

*Gilbert D. Lamb* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.